UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN HONDA FINANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> GILVWER IMPORTS, LLC, dba GILBERT HONDA; MARK GILBERT; and GA GROUP PROPERTIES, LLC, <br><br> Defendants. | No. CV-13-5015-EFS <br><br> **ORDER DISMISSING CASE** |

On October 10, 2013, the parties filed a stipulated dismissal, ECF No. 87. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

 1. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

 2. All pending motions are **DENIED AS MOOT.**

 3. All hearings and other deadlines are **STRICKEN.**

 4. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   11th   day of October 2013.

                    s/ Edward F. Shea
                    EDWARD F. SHEA
             Senior United States District Judge

Q:\EFS\Civil\2013\5015.stip.dism.lc1.docxs

ORDER DISMISSING CASE - 1